191 So. 921

### Phatus SPURLING v. STATE.

### 7 Div. 599.

Supreme Court of Alabama.

Oct. 19, 1939.

Rehearing Denied Nov. 23, 1939.

Motley & Motley, of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Phatus Spurling for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Spurling v. State, Ala.App., 191 So. 919.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, and BROWN, JJ., concur.

191 So. 922

### Reuben SPURLING v. STATE.

### 7 Div. 598.

Supreme Court of Alabama.

Oct. 19, 1939.

Rehearing Denied Nov. 23, 1939.

Motley & Motley, of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Petition of Reuben Spurling for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Spurling v. State, Ala.App., 191 So. 921.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.